JOSEPH A. LEPERA (SBN 207615)
LEPERA & ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, California 94111
Telephone: (415) 215-1001
Facsimile: (415) 398-1696
E-mail: joseph@leperalaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Harriette Denise Collins, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WMC MORTGAGE CORPORATION, a California corporation; TRISTAR FINANCIAL GROUP, INC., a California corporation; ACADEMY ESCROW, INC., a California corporation; WESTWOOD ASSOCIATES, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; AURORA LOAN SERVICES LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 4:10-cv-05190-PJH<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO APRIL 21, 2011**<br><br>Original Date:　February 24, 2011<br>Time:　　　　　2:00 pm<br>Place:　　　　　Courtroom 3, Third Floor<br>Judge:　　　　　Hon. Phyllis J. Hamilton |

1
_____
*Collins v. WMC Mortgage Corporation, et. al., Case No.* **4:10-cv-05190-PJH**
**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO APRIL 21, 2011**

Its hereby stipulated to and agreed by and between the parties, through their respective counsel in this matter, to continue the Initial Case Management Conference sixty (60) days from the original date of February 24, 2011, in order to allow all of the parties to this case to be properly served. The original Initial Case Management Conference was scheduled to take place on February 24, 2011 in the Oakland Courthouse, Courtroom 3, third floor, Honorable Phyllis J. Hamilton, presiding Judge of the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, California 94612. The original date will be continued sixty (60) days to April 21, 2011.

LEPERA & ASSOCIATES, PC

DATED: February 17, 2011          By: /s/ Joseph A. Lepera
                                      Joseph A. Lepera
                                      Attorneys for Harriette Denise Collins, Plaintiff.

DATED: February 17, 2011          By: s/s Justin D. Balser
                                      Justin Donald Balser
                                      Attorneys for Aurora Loan Services LLC,
                                      Defendant

ORDER

Pursuant to the Stipulation,

**IT IS SO ORDERD** that the Case Management Conference scheduled to take place on February 24, 2011 at 2:00 p.m., is continued to April 21, 2011 at 2:00 p.m., as stipulated to by and between the parties.

Dated: 2/23/11                              _____
                                            PHYLLIS J. HAMILTON, JUDGE OF THE
                                            DISTRICT COURT

2

---
*Collins v. WMC Mortgage Corporation, et. al., Case No.* **4:10-cv-05190-PJH**
**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO APRIL 21, 2011**