UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRIETTE DENISE COLLINS,

    Plaintiff,

    v.

WMC MORTGAGE CORPORATION, et al.,

    Defendants.
_____/

No. C 10-5190 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

In order to better serve the interests of judicial efficiency, the hearing on defendant WMC Mortgage Corporation's motion to dismiss, which was previously set for April 20, 2011, at 9:00 a.m., and the hearing on defendants Aurora Services' and Mortgage Electronic Registration Systems' motion to dismiss, which was previously set for April 27, 2011, at 9:00 a.m., have both been CONTINUED to June 8, 2011, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612. Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated: April 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge