UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRIETTE DENISE COLLINS,

    Plaintiff(s),

    v.

WMC MORTGAGE CORPORATION, et al.,

    Defendant(s).

_____/

No. C 10-5190 PJH

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on June 30, 2011, and defendant having appeared at that proceeding in compliance with the court's orders,

The court hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on July 14, 2011, at 2:00 p.m. If plaintiff fails to appear again, the case shall be dismissed for failure to prosecute.

The court also notes that plaintiff opposed the defendants' motion to dismiss in writing, but did not appear at the hearing on that motion on June 8, 2011. The motion was granted and the complaint was dismissed with prejudice as to defendants Aurora and MERS, and with leave to amend as to defendant WMC no later than July 8, 2011. Additionally service on the unserved defendants Tristar Financial, Academy Escrow and Westwood Associates was ordered to be made no later than July 8, 2011, or they will be dismissed for failure to serve.

**IT IS SO ORDERED.**

Dated: June 30, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge