JOSEPH A. LEPERA (SBN 207615)
LEPERA & ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, California 94111
Telephone: (415) 215-1001
Facsimile:(415) 362-9022
E-mail: joseph@leperalaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICTCOURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Harriette Denise Collins, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION, a California corporation; TRISTAR FINANCIAL GROUP, INC., a California corporation; ACADEMY ESCROW, INC., a California corporation; WESTWOOD ASSOCIATES, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; AURORA LOAN SERVICES LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 4:10-cv-05190-PJH<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION** |

    WHEREAS on June 8, 2011, the Court granted the Motion to Dismiss by Defendant WMC Mortgage Corporation with leave to file an amended complaint;

    WHEREAS on June 8, 2011, the Court granted the Motions to Dismiss by Defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc. with prejudice;

{DN095175;1}1
_____
*Harriette Denise Collins v. WMC Mortgage Corporation, et. al., Case No.* **4:10-cv-05190-PJH**
**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION**

1  WHEREAS Plaintiff Harriette Denise Collins does not desire to file an amended complaint nor pursue the above-entitled action against the parties;

WHEREAS Plaintiff and Defendant WMC will bear their own fees and costs;

WHEREAS to the extent this stipulation concerns Plaintiff and Defendant WMC, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), Plaintiff desires to dismiss the entire action with prejudice.

THE PARTIES HEREBY RESPECTFULLY REQUEST:

1. That the entire above-entitled action be dismissed with prejudice; and
2. Plaintiff and Defendant WMC shall bear their own fees and costs.

DATED: June 23, 2011                                Respectfully Submitted,

LEPERA & ASSOCIATES, PC

By: /s/ Joseph A. Lepera
    Joseph A. Lepera
    Attorneys for Plaintiff Harriette Denise Collins

DATED: June 23, 2011                                AKERMAN SENTERFITT LLP

By: /s/ Justin D. Balser
    Justin Donald Balser
    Attorneys for Defendants
    Aurora Loan Services LLC and
    Mortgage Electronic Registration System

DATED: June 23, 2011                                LAW OFFICES OF GLENN HARLAN WECHSLER

By: /s/ Glenn H. Wechsler
    Glenn H. Wechsler
    Attorneys for Defendant
    WMC Mortgage Corporation

{DN095175;1} 2

*Harriette Denise Collins v. WMC Mortgage Corporation, et. al., Case No.* **4:10-cv-05190-PJH**
**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION**

**ORDER**

Pursuant to the Stipulation,

**IT IS SO ORDERED** that the entire above-entitled action be dismissed with prejudice.

Dated: 7/7/11



_____
PHYLLIS J. HAMILTON
JUDGE OF THE U.S. DISTRICT COURT

{DN095175;1}3

*Harriette Denise Collins v. WMC Mortgage Corporation, et. al., Case No.* **4:10-cv-05190-PJH**
**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION**

LEPERA & ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, CA 94111